

1 ELIZABETH H. LINDH, CASB No. 162660
elizabeth.lindh@kyl.com
2 MELANIE L. RONEN, CASB No. 222613
melanie.ronen@kyl.com
3 KEESAL, YOUNG & LOGAN
A Professional Corporation
4 400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
5 Telephone: (562) 436-2000
Facsimile: (562) 436-7416
6
Attorneys for Defendants
7 WACHOVIA SECURITIES, LLC and
WACHOVIA CORPORATION
8

9

FILED

08 MAY 27 PM 4: 15

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___

DEPUTY

10                **UNITED STATES DISTRICT COURT**

11             **SOUTHERN DISTRICT OF CALIFORNIA**

12

13 WILLIAM BUECHLER,                    )  Case No. 08 CV 0935 H (LSP)
                                        )
14                       Plaintiff,     )
                                        )  **NOTICE OF REMOVAL OF CIVIL
15        vs.                           )  ACTION [DIVERSITY OF
                                        )  CITIZENSHIP, 28 U.S.C. § 1332(a) AND
16 WACHOVIA SECURITIES LLC and          )  1441(a)
WACHOVIA CORPORATION,                   )
17                                      )
                         Defendants.    )
18                                      )
                                        )
19 _____  )

20

21 TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE

22 SOUTHERN DISTRICT OF CALIFORNIA:

23            PLEASE TAKE NOTICE that Defendants WACHOVIA SECURITIES, LLC

24 and WACHOVIA CORPORATION ("Defendants") HEREBY remove the below described

25 action to this Court from the Superior Court of the State of California for the County of

26 San Diego, and respectfully aver:

27

28 ///

ORIGINAL

KYL_LB1145345                          - 1 -
NOTICE OF REMOVAL OF CIVIL ACTION [DIVERSITY OF CITIZENSHIP, 28 USC § 1332(a) AND
1441(a)]

# I.

## **PLEADINGS AND PROCEEDINGS TO DATE**

1.      On or about April 25, 2008 an action was commenced by Plaintiff WILLIAM BUECHLER ("Plaintiff") in the Superior Court of the State of California for the County of San Diego entitled WILLIAM BUECHLER versus WACHOVIA SECURITIES, LLC and WACHOVIA CORPORATION, under Case No. 37-2008-00082729-CU-OE-CTL.  The first day upon which Defendants received notice of said complaint was on our about April 25, 2008 when they were served with the Complaint. A true and correct copy of the state court filings including the Summons, Complaint, and Answer is attached as Exhibit "A" to the Declaration of Melanie L. Ronen.

2.      This Notice of Removal is filed within thirty days of service upon Defendants.  The Complaint, together with the summons on Complaint and Notice of Case Assignment constitute all the process, pleadings and orders served upon Defendants to date.

# II.

## **DIVERSITY OF CITIZENSHIP**

3.      Defendants are informed and believe and thereon allege that Plaintiff was and is now an individual and a citizen and resident of the State of California.

4.      Defendant WACHOVIA SECURITIES, LLC was and is now a Delaware corporation, organized and existing under the laws of the State of Delaware. Its principal place of business is located in Richmond, Virginia.  Therefore, WACHOVIA SECURITIES, LLC is a citizen of Delaware and Virginia.

5.      Defendant WACHOVIA CORPORATION was and is now a North Carolina corporation, organized and existing under the laws of the State of North Carolina.  Its principal place of business is located in North Carolina.  Therefore, WACHOVIA CORPORATION is a citizen of North Carolina.

NOTICE OF REMOVAL OF CIVIL ACTION [DIVERSITY OF CITIZENSHIP, 28 USC § 1332(a) AND 1441(a)]

6.      The matter in controversy is in excess of $75,000, exclusive of interest and costs.  The amount in controversy for jurisdictional purposes is determined by the amount of damages or value of the property that is the subject of the action. Hunt v. Washington State Apple Adv. Com'n, 432 U.S. 333, 97 S. Ct. 2434 (1979). Plaintiff seeks damages for the alleged employment discrimination in excess of $2,000,000.  (Complaint ¶25).  Therefore, over $75,000 is in dispute.

7.      No further proceedings have been had in the above-referenced state court action.

8.      Defendants have provided a Notice of Removal to the Clerk of the Superior Court of the State of California for the County of San Diego.

9.      Accordingly, Defendants are informed and believe that this United States District Court has proper jurisdiction based on diversity of citizenship and the amount in controversy.

## III.

## <u>VENUE</u>

10.     This is a suit of wholly civil nature brought in a California court. The action is pending in San Diego County, California, and accordingly, under Title 28 U.S.C. § 84(d) and 1441(a), the United States District Court for the Southern District of California is the proper forum for removal.

///

///

NOTICE OF REMOVAL OF CIVIL ACTION [DIVERSITY OF CITIZENSHIP, 28 USC § 1332(a) AND 1441(a)]

1

2          WHEREFORE, Defendants pray that the above-referenced action

3   now pending in the San Diego Superior Court, State of California, Case No. 37-2008-

4   00082729-CU-OE-CTL, be removed from that Court to this United States District Court.

5

6   DATED:  May 27, 2008

7                                          ELIZABETH H. LINDH
                                           MELANIE L. RONEN
8                                          KEESAL, YOUNG & LOGAN
                                           Attorneys for Defendants
9                                          WACHOVIA SECURITIES, LLC and
                                           WACHOVIA CORPORATION

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF CIVIL ACTION [DIVERSITY OF CITIZENSHIP, 28 USC § 1332(a) AND 1441(a)]

## PROOF OF SERVICE

### FINRA #07-01447
### San Diego Sup. Ct 37-2008-00082729-CU-OE-CTL
### 220 West Broadway, San Diego, CA 92101

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On May 27, 2008, I served the foregoing documents described as **NOTICE OF REMOVAL OF CIVIL ACTION [DIVERSITY OF CITIZENSHIP, 28 U.S.C. § 1332(a) AND 1441(a)** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bradd L. Milove
Miller & Milove
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Ph: (619) 696-5200 / 858-457-7577
Fx: (619) 696-5393

Attorneys for Claimant, William Buechler

☒    BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☒    I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

Executed on May 27, 2008 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
PENNY VINING

BLUEBIRD

Exhibit A

CIVIL BUSINESS

**PLD-PI-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: | FOR COURT USE ONLY |
|---|---|
| Bradd L. Milove, Esq./S.B.#117262<br>Brian D. Miller, Esq./S.B.#117221<br>7825 Fay Avenue, Suite 200<br>La Jolla, CA 92037<br>TELEPHONE NO: 619-696-5200     FAX NO. *(Optional):* 619-696-5393<br>E-MAIL ADDRESS *(Optional)* milove@millerandmilove.com<br>ATTORNEY FOR *(Name):* William Buechler | 7009 APR 25 P 2: 57<br><br>SUPERIOR COURT<br>CA |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  San Diego
STREET ADDRESS: 220 West Broadway
MAILING ADDRESS: P.O. Box 122724, San Diego, CA 92112-2724
CITY AND ZIP CODE: San Diego, CA 92101-3886
BRANCH NAME: Central Division

PLAINTIFF:  William Buechler

~~DEFENDANT:  Wachovia Securities LLC and Wachovia Corporation~~

[✓] DOES 1 TO  50

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
    [ ] AMENDED *(Number):*
Type *(check all that apply):*
[ ] MOTOR VEHICLE    [✓] OTHER *(specify):*  FEHA Damages
    [ ] Property Damage    [ ] Wrongful Death
    [ ] Personal Injury    [✓] Other Damages *(specify):*  Punitives

| Jurisdiction *(check all that apply):* | CASE NUMBER: |
|---|---|
| [ ] ACTION IS A LIMITED CIVIL CASE<br>Amount demanded [ ] does not exceed $10,000<br>    [ ] exceeds $10,000, but does not exceed $25,000<br>[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | 37-2008-00082729-CU-OE-CTL |

1. Plaintiff *(name or names):*  William Buechler
  alleges causes of action against defendant *(name or names):*
  Wachovia Securities LLC and Wachovia Corporation
2. This pleading, including attachments and exhibits, consists of the following number of pages:  10
3. Each plaintiff named above is a competent adult
  a. [ ]  **except plaintiff** *(name):*
    (1) [ ]  a corporation qualified to do business in California
    (2) [ ]  an unincorporated entity *(describe):*
    (3) [ ]  a public entity *(describe):*
    (4) [ ]  a minor [ ] an adult
        (a) [ ]  for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ]  other *(specify):*
    (5) [ ]  other *(specify):*
  b. [ ]  **except plaintiff** *(name):*
    (1) [ ]  a corporation qualified to do business in California
    (2) [ ]  an unincorporated entity *(describe):*
    (3) [ ]  a public entity *(describe):*
    (4) [ ]  a minor [ ] an adult
        (a) [ ]  for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
        (b) [ ]  other *(specify):*
    (5) [ ]  other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Ex A  3

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Buechler v. Wachovia | |

4. ☐ Plaintiff (name):
   is doing business under the fictitious name (specify):

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ except defendant (name): Wachovia Securities    c. ☐ except defendant (name):
      (1) ☑ a business organization, form unknown         (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                 (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):          (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                   (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                              (5) ☐ other (specify):

   b. ☑ except defendant (name): Wachovia Corporation    d. ☐ except defendant (name):
      (1) ☐ a business organization, form unknown         (1) ☐ a business organization, form unknown
      (2) ☑ a corporation                                 (2) ☐ a corporation
      (3) ☐ an unincorporated entity (describe):          (3) ☐ an unincorporated entity (describe):

      (4) ☐ a public entity (describe):                   (4) ☐ a public entity (describe):

      (5) ☐ other (specify):                              (5) ☐ other (specify):

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants (specify Doe numbers): 1-25 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants (specify Doe numbers): 26-50 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☑ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☑ other (specify):
      Defendants maintain offices and regularly conduct business in this jurisdiction of area.

9. ☑ Plaintiff is required to comply with a claims statute, and
   a. ☑ has complied with applicable claims statutes, or
   b. ☐ is excused from complying because (specify):
      See attached Right to Sue Notice

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

4

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Buechler v. Wachovia | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☐ Motor Vehicle
   b. ☐ General Negligence
   c. ☑ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☑ Other *(specify)*:

   Violation of California Fair Employment and Housing Act

11. Plaintiff has suffered
   a. ☑ wage loss
   b. ☑ loss of use of property
   c. ☐ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☑ loss of earning capacity
   g. ☑ other damage *(specify)*:

   Emotional distress

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☑ punitive damages
   The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
   (1) ☐ according to proof
   (2) ☑ in the amount of: $ 2 Million

15. ☑ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

   16-28

Date: 4/25/2008

Bradd L. Milove
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

1    Brian D. Miller, Esq./S.B.# 117262
     Bradd L. Milove, Esq./S.B.#117221
2    Miller & Milove
     7825 Fay Avenue, Suite 200
3    La Jolla, CA 92037
     (619) 696-5200
4    (619) 696-5393 fax

5    Attorneys for Plaintiff WILLIAM BUECHLER

6

7

8                    SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO

9                                  CENTRAL DIVISION

10   WILLIAM BUECHLER                    )   ATTACHMENT TO COMPLAINT
                                         )   FOR DAMAGES FOR
11                                       )   EMPLOYMENT DISCRIMINATION
                                         )   (Fair Employment and Housing Act)
12                   Plaintiff           )
                                         )   UNLIMITED CIVIL CASE:
13         v.                            )   AMOUNT OVER $25,000
                                         )
14   WACHOVIA SECURITIES LLC and WACHOVIA)
     CORPORATION                         )
15                                       )
                                         )
16                   Defendants.         )
                                         )
17

18

19   Plaintiff alleges on information and belief that:

20         16.    Defendants WACHOVIA SECURITIES LLC AND WACHOVIA CORPORATION

21   are corporations that maintain offices and regularly do business in this jurisdiction and are subject to

22   suit under the California Fair Employment and Housing Act, Government Code Section 12900 et seq.

23   (FEHA) in that defendants Wachovia Securities LLC and Wachovia Corporation directly employ 50 or

24   more persons to perform services for a wage or salary.

25         17.    The unlawful employment practice(s) complained of herein occurred in San Diego

26   County.

27         18.    Plaintiff William Buechler is an adult person, and a resident of the County of San Diego,

28   State of California.

1    19.    Plaintiff was at all times relevant a disabled and/or dependent person and a member in

2    a group protected by FEHA.

3    20.    Plaintiff has the following medical condition: liver transplant, immune system

4    deficiencies, hip replacement, multi-organ failure and mental impairment.

5    21.    Defendants Wachovia Securities LLC and Wachovia Corporation were aware of

6    Plaintiff's medical condition set forth in Paragraph 20.

7    22.    From November 2004 through 2006 defendants Wachovia Securities LLC and

8    Wachovia Corporation unlawfully changed the compensation formula and diverted funds payable to

9    Plaintiff while Plaintiff was in a coma or otherwise incapacitated and otherwise failed reasonably to

10   accommodate Plaintiff's needs based on his medical condition by creating intolerable working

11   conditions with the intent to cause Plaintiff to terminate employment.

12   23.    At all times mentioned herein, Plaintiff was willing and able to perform the duties and

13   functions of his/her position if such reasonable accommodations had been made by defendant. At no

14   time would the performance of the functions of the employment position, with a reasonable

15   accommodation for Plaintiff's medical condition have been a danger to Plaintiff or any other persons

16   health or safety, not would it have created an undue hardship to the operation of Defendants' business.

17   24.    Defendants' discriminatory action(s) against Plaintiff, as alleged above, constituted

18   unlawful discrimination in employment on account of illness and/or disability in violation of FEHA.

19   25.    As a proximate result of defendants' discriminatory action(s) against Plaintiff, as alleged

20   above, Plaintiff has been harmed in that Plaintiff has suffered the loss of the wages, salary, benefits, and

21   additional amounts of money Plaintiff would have received if Defendants had not acted in an unlawful

22   manner. As a result of such discrimination and consequent harm, Plaintiff has suffered such damages

23   in an amount exceeding $2 million.

24   26.    As a further proximate result of defendants' discriminatory action(s) against Plaintiff, as

25   alleged above, Plaintiff has been harmed in that Plaintiff has suffered the intangible loss employment-

26   related opportunities. As a result of such discrimination and consequent harm, Plaintiff has suffered

27   damages.

28   ///

MILLER & MILOVE
ATTORNEYS AT LAW
7825 FAY AVENUE, SUITE 200 ❖ LA JOLLA, CALIFORNIA 92037
OFFICE: (619) 696-5200 ❖ FACSIMILE: (619) 696-5393

5

27.     As a further proximate result of Defendants' discriminatory action(s) against Plaintiff, as alleged above, Plaintiff has been harmed in that Plaintiff has suffered humiliation, mental anguish, and emotional and physical distress.  As a result of such discrimination and consequent harm, Plaintiff has suffered such additional damages.

28.     The above-recited actions of Defendants were done with malice, fraud, or oppression, and in reckless disregard of the Plaintiff's rights under FEHA entitling Plaintiff to an award of punitive and exemplary damages.

MILLER & MILOVE
ATTORNEYS AT LAW
7825 FAY AVENUE, SUITE 200 ❖ LA JOLLA, CALIFORNIA 92037
OFFICE: (619) 696-5200 ❖ FACSIMILE: (619) 696-5393

6

**ATTACHMENT TO COMPLAINT**

..ATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                    ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
1350 Front Street, Suite 3005 San Diego, CA 92101
·(619) 645-2681  TTY (800) 700-2320  Fax (619) 645-2683
www.dfeh.ca.gov

April 27, 2007

WILLIAM J. BUECHLER
2417 Dresden Place
La Jolla, CA 92037-7246

RE: E200607D1267-00-prc
    BUECHLER/WACHOVIA SECURITIES

Dear WILLIAM J. BUECHLER:

## NOTICE TO COMPLAINANT'S ATTORNEY

Enclosed is a copy of your client's complaint of discrimination filed with the Department
of Fair Employment and Housing on 4/23/2007 pursuant to the California Fair
Employment and Housing Act, Government Code section 12900 et seq. Also enclosed
is a copy of your client's Notice of Case Closure, which constitutes your client's right-to-
sue notice.

Please note that under Government Code section 12962, you are responsible for
**service of the complaint** on respondent(s). You should also enclose a copy of the
Notice of Case Closure along with the complaint. These documents must be served
within **60 days** of the filing date of the complaint. Government Code section 12962(b)
further provides that complaints must be served either personally or by certified mail
with return receipt requested.

For additional information, please read the enclosed Notice of Case Closure that
explains the conditions for filing a private lawsuit in the State of California.

Sincerely,

*Belinda Le Doux*

Belinda LeDoux
District Administrator

Enclosure:    Complaint of Discrimination
              Notice of Case Closure

DFEH-200-06 (01/05)

# * * * EMPLOYMENT * * *

DFEH # 6200607-D-1267-00-prc

DFEH USE ONLY

## COMPLAINT OF DISCRIMINATION UNDER THE PROVISIONS OF THE CALIFORNIA FAIR EMPLOYMENT AND HOUSING ACT

## CALIFORNIA DEPARTMENT OF FAIR EMPLOYMENT AND HOUSING

YOUR NAME (Indicate Mr. or Ms.)
Mr William J Buechler

TELEPHONE NUMBER (INCLUDE AREA CODE
858-270-7561

ADDRESS
2417 Dresden Place

CITY/STATE/ZIP
La Jolla

COUNTY
San Diego

COUNTY CODE

NAMED IS THE EMPLOYER, PERSON, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, OR STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME:

NAME
Wachovia Securities

TELEPHONE NUMBER (Include Area Code

DFEH USE ONLY

ADDRESS
901 East Byrd Street, Richmond Virginia 23219

CITY/STATE/ZIP

COUNTY

COUNTY CODE

NO. OF EMPLOYEES/MEMBERS (If known)

DATE MOST RECENT OR CONTINUING DISCRIMINATION TOOK PLACE (month, day, and year) CONTINUING

RESPONDENT CODE

THE PARTICULARS ARE:

On April 2006 I was

- [ ] fired
- [ ] laid off
- [ ] demoted
- [ ] harassed
- [ ] genetic characteristics testing
- [X] forced to quit
- [ ] denied employment
- [ ] denied promotion
- [ ] denied transfer
- [ ] denied accommodation
- [X] impermissible non-job-related inquiry
- [X] other (specify) DEFRAUDED
- [ ] denied family or medical leave
- [ ] denied pregnancy leave
- [ ] denied equal pay
- [ ] denied right to wear pants
- [ ] denied pregnancy accommodation

by Wachovia Securities officers and managing agents
Name of Person        Job Title (supervisor/manager/personnel director/etc.)

because of my:
- [ ] sex
- [ ] age
- [ ] religion
- [ ] race/color
- [ ] national origin/ancestry
- [ ] marital status
- [ ] sexual orientation
- [ ] association
- [ ] physical disability
- [X] mental disability
- [ ] other (specify)
- [ ] cancer
- [ ] genetic characteristic

(Circle one) filing:
(Protesting) participating in investigation (retaliation for)

the reason given by Wachovia Securities officers and managing agents
Name of Person and Job Title

Was because of [please state what you believe to be reason(s)]

Confiscation of my income, accounts and disability payments under false pretenses

I wish to pursue this matter in court. I hereby request that the Department of Fair Employment and Housing provide a right-to-sue notice. I understand that if I want a federal notice of right-to-sue, I must visit the U.S. Equal Employment Opportunity Commission (EEOC) to file a complaint within 30 days of receipt of the DFEH "Notice of Case Closure," or within 300 days of the alleged discriminatory act, whichever is earlier.

I have not been coerced into making this request, nor do I make it based on fear of retaliation if I do not do so. I understand it is the Department of Fair Employment and Housing's policy to not process or reopen a complaint once the complaint has been closed on the basis of "Complainant Elected Court Action

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own knowledge except as to matter stated on my information and belief, and as to those matters I believe it to be true.

Dated 4/23/07

COMPLAINANT'S SIGNATURE

Willy Buechler

At San Diego
City

RECEIVED

APR 2 3 2007

SAN DIEGO

DATE FILED: 4/23/07    10

STATE OF CALIFORNIA – STATE AND CONSUMER SERVICES A[...]    ARNOLD SCHWARZENEGGER, Governor

# DEPARTMENT OF FAIR EMPLOYMENT & HOUSING
1350 Front Street, Suite 3005 San Diego, CA 92101
(619) 645-2681  TTY (800) 700-2320  Fax (619) 645-2683
www.dfeh.ca.gov



April 27, 2007

WILLIAM J. BUECHLER
2417 Dresden Place
La Jolla, CA 92037-7246

RE:   E200607D1267-00-prc
      BUECHLER/WACHOVIA SECURITIES

Dear WILLIAM J. BUECHLER:

## NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the
Department of Fair Employment and Housing (DFEH) has been closed effective
April 23, 2007 because an immediate right-to-sue notice was requested.  DFEH will take
no further action on the complaint.

This letter is also the Right-To-Sue Notice.  According to Government Code section
12965, subdivision (b), a civil action may be brought under the provisions of the Fair
Employment and Housing Act against the person, employer, labor organization or
employment agency named in the above-referenced complaint.  The civil action must be
filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity
Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this
DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act,
whichever is earlier.

Notice of Case Closure
Page Two

DFEH does not retain case files beyond three years after a complaint is filed, unless the case is still open at the end of the three-year period.

Sincerely,

*Belinda Le Doux*

Belinda LeDoux
District Administrator

cc:    Case File

Director
Human Resources/Personnel
WACHOVIA SECURITIES
901 East Byrd Street
Richmond, VA 23219

12

DFEH-200-43 (06/06)

13

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Brian D. Miller, Esq./S.B.#117262<br>Bradd L. Milove, Esq./S.B.#117221<br>7828 Fay Avenue, Suite 200<br>La Jolla, CA 92037<br>TELEPHONE NO.: 619-696-5200    FAX NO.: 619-696-5393<br>ATTORNEY FOR *(Name):* William Buechler | *CIVIL FOR COURT USE ONLY*<br>CENTRAL... OFFICE 9<br>2008 APR 25  P 2: 57<br>CLE... |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF  SAN DIEGO
STREET ADDRESS: 220 West Broadway
MAILING ADDRESS: P.O. Box 122724, San Diego, CA 92112-2724
CITY AND ZIP CODE: San Diego, CA 92101-3886
BRANCH NAME: Central Division

CASE NAME:
Buechler v. Wachovia Securities LLC and Wachovia Corporation

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER: |
|---|---|---|---|---|
| ☑ Unlimited<br>(Amount<br>demanded<br>exceeds $25,000) | ☐ Limited<br>(Amount<br>demanded is<br>$25,000 or less) | ☐ Counter    ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | 37-2008-00082729-CU-OE-CTL<br>JUDGE:<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check one box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation<br>(Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| ☐ Auto (22) | ☐ Breach of contract/warranty (06) | ☐ Antitrust/Trade regulation (03) |
| ☐ Uninsured motorist (46) | ☐ Rule 3.740 collections (09) | ☐ Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property<br>Damage/Wrongful Death) Tort** | ☐ Other collections (09) | ☐ Mass tort (40) |
| ☐ Asbestos (04) | ☐ Insurance coverage (18) | ☐ Securities litigation (28) |
| ☐ Product liability (24) | ☐ Other contract (37) | ☐ Environmental/Toxic tort (30) |
| ☐ Medical malpractice (45) | **Real Property** | ☐ Insurance coverage claims arising from the<br>above listed provisionally complex case<br>types (41) |
| ☐ Other PI/PD/WD (23) | ☐ Eminent domain/Inverse<br>condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | ☐ Wrongful eviction (33) | **Enforcement of Judgment** |
| ☐ Business tort/unfair business practice (07) | ☐ Other real property (26) | ☐ Enforcement of judgment (20) |
| ☐ Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| ☐ Defamation (13) | ☐ Commercial (31) | ☐ RICO (27) |
| ☐ Fraud (16) | ☐ Residential (32) | ☐ Other complaint *(not specified above)* (42) |
| ☐ Intellectual property (19) | ☐ Drugs (38) | **Miscellaneous Civil Petition** |
| ☐ Professional negligence (25) | **Judicial Review** | ☐ Partnership and corporate governance (21) |
| ☐ Other non-PI/PD/WD tort (35) | ☐ Asset forfeiture (05) | ☐ Other petition *(not specified above)* (43) |
| **Employment** | ☐ Petition re: arbitration award (11) | |
| ☐ Wrongful termination (36) | ☐ Writ of mandate (02) | |
| ☑ Other employment (15) | ☐ Other judicial review (39) | |

2. This case ☐ is  ☑ is not  complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☑ monetary  b. ☑ nonmonetary; declaratory or injunctive relief  c. ☑ punitive
4. Number of causes of action *(specify):*
5. This case ☐ is  ☑ is not  a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 4/25/2008

Bradd L. Milove
(TYPE OR PRINT NAME)                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov*<br>American LegalNet, Inc. |

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO**<br>STREET ADDRESS:   330 West Broadway<br>MAILING ADDRESS:   330 West Broadway<br>CITY AND ZIP CODE:   San Diego, CA 92101<br>BRANCH NAME:   Central<br>TELEPHONE NUMBER:  (619) 685-6062 | |

PLAINTIFF(S) / PETITIONER(S):    William Buechler

DEFENDANT(S) / RESPONDENT(S):  Wachovia Securities LLC et.al.

BUECHLER VS. WACHOVIA SECURITIES LLC

| **NOTICE OF CASE ASSIGNMENT** | CASE NUMBER:<br>37-2008-00082729-CU-OE-CTL |
|---|---|

Judge: Yuri Hofmann                              Department: C-60

COMPLAINT/PETITION FILED: 04/25/2008

## CASES ASSIGNED TO THE PROBATE DIVISION ARE NOT REQUIRED TO COMPLY WITH THE CIVIL REQUIREMENTS LISTED BELOW

IT IS THE DUTY OF EACH PLAINTIFF (AND CROSS-COMPLAINANT) TO SERVE A COPY OF THIS NOTICE WITH THE COMPLAINT (AND CROSS-COMPLAINT).

ALL COUNSEL WILL BE EXPECTED TO BE FAMILIAR WITH SUPERIOR COURT RULES WHICH HAVE BEEN PUBLISHED AS DIVISION II, AND WILL BE STRICTLY ENFORCED.

**TIME STANDARDS:** The following timeframes apply to general civil cases and must be adhered to unless you have requested and been granted an extension of time. General civil consists of all cases except: Small claims appeals, petitions, and unlawful detainers.

**COMPLAINTS:** Complaints must be served on all named defendants, and a CERTIFICATE OF SERVICE (SDSC CIV-345) filed within 60 days of filing. This is a mandatory document and may not be substituted by the filing of any other document.

**DEFENDANT'S APPEARANCE:** Defendant must generally appear within 30 days of service of the complaint. (Plaintiff may stipulate to no more than a 15 day extension which must be in writing and filed with the Court.)

**DEFAULT:** If the defendant has not generally appeared and no extension has been granted, the plaintiff must request default within 45 days of the filing of the Certificate of Service.

THE COURT ENCOURAGES YOU TO CONSIDER UTILIZING VARIOUS ALTERNATIVES TO LITIGATION, INCLUDING MEDIATION AND ARBITRATION, PRIOR TO THE CASE MANAGEMENT CONFERENCE. MEDIATION SERVICES ARE AVAILABLE UNDER THE DISPUTE RESOLUTION PROGRAMS ACT AND OTHER PROVIDERS. SEE ADR INFORMATION PACKET AND STIPULATION.

YOU MAY ALSO BE ORDERED TO PARTICIPATE IN ARBITRATION PURSUANT TO CCP 1141.10 AT THE CASE MANAGEMENT CONFERENCE. THE FEE FOR THESE SERVICES WILL BE PAID BY THE COURT IF ALL PARTIES HAVE APPEARED IN THE CASE AND THE COURT ORDERS THE CASE TO ARBITRATION PURSUANT TO CCP 1141.10. THE CASE MANAGEMENT CONFERENCE WILL BE CANCELLED IF YOU FILE FORM SDSC CIV-359 PRIOR TO THAT HEARING

1   ELIZABETH H. LINDH, CASB No. 162660
    elizabeth.lindh@kyl.com
2   MELANIE L. RONEN, CASB No. 222613
    melanie.ronen@kyl.com
3   KEESAL, YOUNG & LOGAN
    A Professional Corporation
4   400 Oceangate, P.O. Box 1730
    Long Beach, California  90801-1730
5   Telephone:   (562) 436-2000
    Facsimile:   (562) 436-7416
6

7   Attorneys for Defendants
    WACHOVIA SECURITIES, LLC and
    WACHOVIA CORPORATION
8

9

10         **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

11       **FOR THE COUNTY OF SAN DIEGO – CENTRAL DIVISION**

12

13   WILLIAM BUECHLER,     )  Case No. 37-2008-00082729-CU-OE-CTL
                         )
14            Plaintiff, )  *Action Filed: April 25, 2008*
                         )
15       vs.            )  *ASSIGNED FOR ALL PURPOSES TO:*
                         )    *Judge Yuri Hofmann, Dept. C-60*
16   WACHOVIA SECURITIES LLC and  )
    WACHOVIA CORPORATION,    )  **ANSWER TO PLAINTIFF'S**
17                         )  **UNVERIFIED COMPLAINT**
            Defendants. )
18   _____)

19

20       Defendants WACHOVIA SECURITIES, LLC and WACHOVIA

21   CORPORATION ("Defendants") respond to Plaintiff WILLIAM BUECHLER's

22   ("Plaintiff") unverified Complaint as follows:

23

24                     **GENERAL DENIAL**

25       1.     Under the provisions of section 431.30 of the California Code of Civil

26   Procedure, Defendants deny, generally and specifically, each and every allegation of

27   each purported cause of action of said Complaint, and specifically denies that Plaintiff

28   sustained damages in the sums alleged or in any sum at all.

- 1 -

**AFFIRMATIVE DEFENSES**

2. Defendants assert the following Affirmative Defenses with respect to Plaintiff's Complaint:

3. FOR A FIRST, SEPARATE AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff's Complaint, and each and every cause of action therein, fails to state facts sufficient to state a cause of action against Defendants upon which relief can be granted.

4. FOR A SECOND, SEPARATE AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff was an "at-will" employee whose employment could be terminated at any time with or without cause.

5. FOR A THIRD, SEPARATE AFFIRMATIVE DEFENSE, Defendants allege that Plaintiff voluntarily resigned.

6. FOR A FOURTH, SEPARATE AFFIRMATIVE DEFENSE, Defendants allege that to the extent that the Complaint alleges emotional and/or physi-cal injury Plaintiff's claims are preempted by the exclusivity provisions of the California workers compensation laws, Labor Code section 3200 *et seq.*, and the Court may lack jurisdiction over them.

7. FOR A FIFTH, SEPARATE AFFIRMATIVE DEFENSE, Defendants allege that they at all times acted in good faith toward Plaintiff.

8. FOR A SIXTH, SEPARATE AFFIRMATIVE DEFENSE, Defendants allege that any acts or occurrences such as alleged in the Complaint, and whatever damage or injury, if any, sustained by Plaintiff by reason thereof were caused and resulted solely by reason of the acts of Plaintiff.

9. FOR A SEVENTH, SEPARATE AFFIRMATIVE DEFENSE, Defendants allege that any damage to Plaintiff as alleged in the Complaint was caused or contributed to by the intentional acts of persons other than Defendants, including Plaintiff, and in the event that any act or omission of Defendants is found to have contributed to such injury, Plaintiff's recovery, if any, from Defendants is limited to that

-2-    17

1   percentage of Plaintiff's damages that is equal to the percentage by which the act or

2   omission of Defendants contributed to such injury.

3         10.   FOR AN EIGHTH, SEPARATE AFFIRMATIVE DEFENSE,

4   Defendants allege that any damage to Plaintiff as alleged in the Complaint was caused

5   or contributed to by the negligent acts of persons other than Defendants, including

6   Plaintiff, and in the event that any negligence of Defendants is found to have con-

7   tributed to such injury, Plaintiff's recovery, if any, from Defendants is limited to that

8   percentage of Plaintiff's damages that is equal to the percentage by which the acts or

9   omissions of Defendants contributed to such injury.

10        11.   FOR A NINTH, SEPARATE AFFIRMATIVE DEFENSE, Defendants

11   allege that Plaintiff agreed to submit his claims to arbitration and his claims have been

12   fully adjudicated in binding arbitration before the Financial Industry Regulatory

13   Authority Dispute Resolution ("FINRA") in the matter <u>William Buechler v. Wachovia</u>

14   <u>Securities, LLC and Wachovia Corporation</u>, FINRA Case No. 07-01447; therefore, this

15   Court lacks subject matter jurisdiction.

16        12.   FOR A TENTH, SEPARATE AFFIRMATIVE DEFENSE, Defendants

17   allege that Plaintiff's claims have been fully adjudicated and are therefore barred by the

18   doctrine of *res judicata*.

19        13.   FOR AN ELEVENTH, SEPARATE AFFIRMATIVE DEFENSE,

20   Defendants allege that Plaintiff was not disabled under CAL. GOV. CODE § 12926.1.

21        14.   FOR A TWELFTH, SEPARATE AFFIRMATIVE DEFENSE,

22   Defendants allege that Plaintiff did not request a reasonable accommodation.

23        15.   FOR A THIRTEENTH, SEPARATE AFFIRMATIVE DEFENSE,

24   Defendants allege that even if Plaintiff had requested a reasonable accommodation,

25   accommodating Plaintiff's alleged disability would have caused an undue hardship on

26   Defendants.

27

28   ///

-3-   18

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

1        16.    FOR A FOURTEENTH, SEPARATE AFFIRMATIVE DEFENSE,

2  Defendants allege that Plaintiff could not perform the essential functions of his position,

3  even with a reasonable accommodation.

4        17.    FOR A FIFTEENTH, SEPARATE AFFIRMATIVE DEFENSE,

5  Defendants allege that Plaintiff's action is barred by his failure to properly mitigate

6  damages, if any.

7        18.    FOR A SIXTEENTH, SEPARATE AFFIRMATIVE DEFENSE,

8  Defendants allege that Plaintiff, through his acts or omissions, is *in pari delicto* and

9  guilty of unclean hands, and is thereby barred from recovery.

10        19.    FOR A SEVENTEENTH, SEPARATE AFFIRMATIVE DEFENSE,

11  Defendants allege Plaintiff, by his acts or omissions, is barred from recovery by the

12  doctrines of waiver and/or estoppel.

13        20.    FOR AN EIGHTEENTH, SEPARATE AFFIRMATIVE DEFENSE,

14  Defendants allege that Plaintiff's claims for punitive or exemplary damages are barred

15  because Defendants never acted with malice, oppression, or fraudulently toward

16  Plaintiff.  Cal. Civ. Code § 3294.

17        21.    FOR A NINETEENTH, SEPARATE AFFIRMATIVE DEFENSE,

18  Defendants allege that Plaintiff's demand for punitive damages, if granted, would violate

19  the Due Process and Equal Protection clauses of the Fourteenth Amendment to the

20  United States Constitution, and would further violate Article I, Section 7 of the

21  California Constitution.

22        22.    Defendants reserve their right to amend their Answer and assert

23  additional affirmative defenses upon revelation of more definitive facts by Plaintiff and

24  upon Defendants' undertaking of discovery and investigation into this matter.

25

26                            **PRAYER**

27        WHEREFORE, Defendants pray for judgment as follows:

28        1.    That Plaintiff take nothing by way of his Complaint;

19

- 4 -

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

1          2.       That Defendants be awarded their attorneys' fees under California

2   Government Code section 12965(b);

3          3.       That the Complaint be dismissed with all costs to be taxed against

4   Plaintiff, including attorneys' fees incurred by Defendants in defending Plaintiff's

5   unmeritorious claims; and

6          4.       For such other and further relief as the Court deems just and proper.

7

8   DATED:  May 7, 2008

9                                              ELIZABETH H. LINDH
                                               MELANIE L. RONEN
10                                             KEESAL, YOUNG & LOGAN
                                               Attorneys for Defendants
11                                             WACHOVIA SECURITIES, LLC and
                                               WACHOVIA CORPORATION

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ZD

- 5 -

ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT

## PROOF OF SERVICE

### FINRA #07-01447
### San Diego Sup. Ct 37-2008-00082729-CU-OE-CTL
### 220 West Broadway, San Diego, CA 92101

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On May 27, 2008, I served the foregoing documents described as **ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bradd L. Milove
Miller & Milove
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Ph: (619) 696-5200 / 858-457-7577
Fx: (619) 696-5393

Attorneys for Claimant, William Buechler

&boxtimes;    BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

&boxtimes;    I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

Executed on May 27, 2008 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
PENNY VINING

21

1 | ELIZABETH H. LINDH, CASB No. 162660
elizabeth.lindh@kyl.com
2 | MELANIE L. RONEN, CASB No. 222613
melanie.ronen@kyl.com
3 | KEESAL, YOUNG & LOGAN
A Professional Corporation
4 | 400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
5 | Telephone:   (562) 436-2000
Facsimile:    (562) 436-7416
6 |
Attorneys for Defendants
7 | WACHOVIA SECURITIES, LLC and
WACHOVIA CORPORATION
8 |
9 |
10 |                    **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
11 |               **FOR THE COUNTY OF SAN DIEGO – CENTRAL DIVISION**
12 |

| | |
|---|---|
| 13   WILLIAM BUECHLER, | )   Case No. 37-2008-00082729-CU-OE-CTL |
| 14                    Plaintiff, | )   *Action Filed:  April 25, 2008* |
| 15            vs. | )   *ASSIGNED FOR ALL PURPOSES TO:* |
| | )      *Judge Yuri Hofmann, Dept. C-60* |
| 16   WACHOVIA SECURITIES LLC and | ) |
| WACHOVIA CORPORATION, | )   **NOTICE TO THE CLERK OF THE** |
| 17                    Defendants. | )   **SUPERIOR COURT OF THE FILING** |
| | )   **OF REMOVAL AND REMOVAL OF** |
| 18 | )   **ACTION TO UNITED STATES** |
| | )   **DISTRICT COURT** |
| 19 | ) |
| 20 | ) |
| 21 | ) |

22 |
23 | TO THE CLERK OF THE SUPERIOR COURT FOR THE STATE OF CALIFORNIA
24 | FOR THE COUNTY OF SAN DIEGO:
25 |            PLEASE TAKE NOTICE that Defendants WACHOVIA SECURITIES LLC
26 | and WACHOVIA CORPORATION ("Defendants") have removed the above-entitled
27 | action to the United States District Court for the Southern District of California.
28 | Attached hereto as Exhibit "A" is a copy of the Notice of Removal of Civil Action, Notice

NOTICE TO THE CLERK OF THE SUPERIOR COURT OF THE FILING OF REMOVAL AND
REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

1 │ of Filing of Removal of Civil Action, and Declaration of Melanie L. Ronen the originals of

2 │ which have been filed in the United States District Court for the Southern District of

3 │ California.

4 │        PLEASE TAKE FURTHER NOTICE that pursuant to 28 U.S.C. section

5 │ 1446(d), the filing of the attached Notice of Removal with the federal court effects

6 │ removal of this action, and this Court may proceed no further unless and until the case

7 │ is remanded.

8 │

9 │ DATED: May 27, 2008

10 │                          ELIZABETH H. LINDH

                              MELANIE L. RONEN

11 │                          KEESAL, YOUNG & LOGAN

                              Attorneys for Defendants

12 │                          WACHOVIA SECURITIES, LLC and

                              WACHOVIA CORPORATION

13 │

14 │

15 │

16 │

17 │

18 │

19 │

20 │

21 │

22 │

23 │

24 │

25 │

26 │

27 │

28 │

23

KYL_LB1145330

NOTICE TO THE CLERK OF THE SUPERIOR COURT OF THE FILING OF REMOVAL AND
REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT

## PROOF OF SERVICE

**FINRA #07-01447**
**San Diego Sup. Ct 37-2008-00082729-CU-OE-CTL**
**220 West Broadway, San Diego, CA 92101**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On May 27, 2008, I served the foregoing documents described as **NOTICE TO THE CLERK OF THE SUPERIOR COURT OF THE FILING OF REMOVAL AND REMOVAL OF ACTION TO UNITED STATES DISTRICT COURT** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bradd L. Milove
Miller & Milove
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Ph: (619) 696-5200 / 858-457-7577
Fx: (619) 696-5393

Attorneys for Claimant, William Buechler

☒    BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☒    I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

Executed on May 27, 2008 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
PENNY VINING

24

## PROOF OF SERVICE

### FINRA #07-01447
### San Diego Sup. Ct 37-2008-00082729-CU-OE-CTL
### 220 West Broadway, San Diego, CA 92101

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On May 27, 2008, I served the foregoing documents described as **DECLARATION OF MELANIE L. RONEN IN SUPPORT OF REMOVAL OF ACTION [28 U.S.C. §§ 1441(a)]** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bradd L. Milove
Miller & Milove
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Ph: (619) 696-5200 / 858-457-7577
Fx: (619) 696-5393

Attorneys for Claimant, William Buechler

☒    BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☒    I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

Executed on May 27, 2008 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
PENNY VINING

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.    (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| William Buechler | Wachovia Securities LLC and Wachovia Corporation |
| **(b)** County of Residence of First Listed Plaintiff San Diego, CA | County of Residence of First Listed Defendant San Diego, CA |
| (EXCEPT IN U.S. PLAINTIFF CASES) | (IN U.S. PLAINTIFF CASES ONLY) |
| | NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED. |
| **(c)** Attorney's (Firm Name, Address, and Telephone Number) | Attorneys (If Known) |
| Bradd L. Milove/Miller & Milove (Ph: 619-696-5200) 7825 Fay Ave., Ste 200, La Jolla, CA 92037 | Elizabeth H. Lindh/Melanie L. Ronen/Keesal Young & Logan 400 Oceangate/PO Box 1730, Long Beach, CA 90801-1730 Ph 562-436-2000 |

FILED
'08 MAY 27 PM 4:16
SOUTHERN DISTRICT COURT
'08 CV 0935 H LSP

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question (U.S. Government Not a Party)

☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | | | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 650 Airline Regs. | ☐ 830 Patent | |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 340 Marine | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| | ☐ 345 Marine Product Liability | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 195 Contract Product Liability | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 893 Environmental Matters |
| ☒ 220 Foreclosure | ☒ 442 Employment | **Habeas Corpus:** | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | | ☐ 535 Death Penalty | | |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 540 Mandamus & Other | **IMMIGRATION** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | |
| | ☐ 446 Amer. w/Disabilities - Other | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | | ☐ 465 Other Immigration Actions | |

## V. ORIGIN (Place an "X" in One Box Only)

☐ 1 Original Proceeding

☒ 2 Removed from State Court

☐ 3 Remanded from Appellate Court

☐ 4 Reinstated or Reopened

☐ 5 Transferred from another district (specify)

☐ 6 Multidistrict Litigation

☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 USC Section 1332(a) and 1441(a)

Brief description of cause:
Alleged violation of California Fair Employment and Housing Act

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ 2,000,000

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE
May 27, 2008

SIGNATURE OF ATTORNEY OF RECORD
Melanie L. Ronen/Keesal Young & Logan

**FOR OFFICE USE ONLY**

RECEIPT # 151275    AMOUNT $350    APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

TAO 05/27/08

## ORIGINAL

## PROOF OF SERVICE

**FINRA #07-01447**
**San Diego Sup. Ct 37-2008-00082729-CU-OE-CTL**
**220 West Broadway, San Diego, CA 92101**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

      On May 27, 2008, I served the foregoing documents described as **Civil Cover Sheet** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bradd L. Milove
Miller & Milove
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Ph: (619) 696-5200 / 858-457-7577
Fx: (619) 696-5393

Attorneys for Claimant, William Buechler

      ☒     BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

            ☒     I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

      Executed on May 27, 2008 at Long Beach, California.

      I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

      I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

PENNY VINING

**UNITED STATES
DISTRICT COURT**
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

**# 151275    - MB**

**May 27, 2008
16:06:11**

**Civ Fil Non-Pris**
USAO #.: 08CV0935 CIVIL FILING
Judge..: THOMAS J WHELAN
Amount.:                    $350.00 CK
Check#.: BC44239

**Total-> $350.00**

FROM: WILLIAM BUECHLER VS
      WACHOVIA SECURITIES LLC AND
      WACHOVIA CORP