```
 1  ELIZABETH H. LINDH, CASB No. 162660
    elizabeth.lindh@kyl.com
 2  MELANIE L. RONEN, CASB No. 222613
    melanie.ronen@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  400 Oceangate, P.O. Box 1730
    Long Beach, California 90801-1730
 5  Telephone:  (562) 436-2000
    Facsimile:  (562) 436-7416
 6
    Attorneys for Defendants
 7  WACHOVIA SECURITIES, LLC and
    WACHOVIA CORPORATION
 8
```

FILED
08 MAY 27 PM 4: 15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0935 H (LSP)

| | |
|---|---|
| WILLIAM BUECHLER,<br><br>         Plaintiff,<br><br>   vs.<br><br>WACHOVIA SECURITIES LLC and<br>WACHOVIA CORPORATION,<br><br>         Defendants. | Case No.<br><br>**NOTICE OF FILING OF REMOVAL OF CIVIL ACTION [PURSUANT TO 28 U.S.C. § 1332(a) AND 1441(a)** |

TO PLAINTIFF WILLIAM BUECHLER AND TO HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 27, 2008, Defendants WACHOVIA SECURITIES, LLC and WACHOVIA CORPORATION filed in the United States District Court, Southern District of California, a Notice of Removal of the above-entitled action to the United States District Court from the Superior Court of the State of California for the County of San Diego, pursuant to 28 U.S.C. §§ 1332(a) and 1441(a).

///

///

KYL_LB1145354                              - 1 -
NOTICE OF FILING OF REMOVAL OF CIVIL ACTION [PURSUANT TO 28 U.S.C. § 1332(a) AND 1441(a)

1    PLEASE TAKE FURTHER NOTICE that on May 27, 2008, Defendants
2  filed a Notice of Filing of Removal and Removal of Action to Federal Court, together with
3  a copy of such Notice of Removal, with the Clerk of the Superior Court of the State of
4  California for the County of San Diego.

7  DATED: May 21, 2008

ELIZABETH H. LINDH
MELANIE L. RONEN
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
WACHOVIA CORPORATION

## PROOF OF SERVICE

**FINRA #07-01447**
**San Diego Sup. Ct 37-2008-00082729-CU-OE-CTL**
**220 West Broadway, San Diego, CA 92101**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On May 27, 2008, I served the foregoing documents described as **NOTICE OF FILING OF REMOVAL OF CIVIL ACTION [PURSUANT TO 28 U.S.C. § 1332(A) AND 1441(A)** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bradd L. Milove
Miller & Milove
7825 Fay Avenue, Suite 200
La Jolla, CA  92037
Ph:  (619) 696-5200 / 858-457-7577
Fx:  (619) 696-5393

Attorneys for Claimant, William Buechler

☒ BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☒ I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

Executed on May 27, 2008 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
PENNY VINING