| | |
|---|---|
| 1 | ELIZABETH H. LINDH, CASB No. 162660 |
|   | elizabeth.lindh@kyl.com |
| 2 | MELANIE L. RONEN, CASB No. 222613 |
|   | melanie.ronen@kyl.com |
| 3 | KEESAL, YOUNG & LOGAN |
|   | A Professional Corporation |
| 4 | 400 Oceangate, P.O. Box 1730 |
|   | Long Beach, California 90801-1730 |
| 5 | Telephone: (562) 436-2000 |
|   | Facsimile: (562) 436-7416 |

FILED
08 MAY 27 PM 4:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
WACHOVIA CORPORATION

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

WILLIAM BUECHLER,

        Plaintiff,

vs.

WACHOVIA SECURITIES LLC and
WACHOVIA CORPORATION,

        Defendants.

) Case No. '08 CV 0935 H (LSP)
)
) **DECLARATION OF MELANIE L.**
) **RONEN IN SUPPORT OF REMOVAL**
) **OF ACTION**
)
) **[28 U.S.C. §§ 1441(a)]**
)

I, MELANIE L. RONEN, declare as follows:

    1.    I am an attorney at law licensed to practice before this court and am an associate with the law firm of Keesal, Young & Logan, attorneys for Defendants WACHOVIA SECURITIES, LLC and WACHOVIA CORPORATION ("Defendants") in this matter. I have personal knowledge of the facts set forth below and, if called upon to testify as a witness, could testify competently thereto.

    2.    A true and correct copy of the Summons, Complaint, and Notice of Case Assignment, and Answer is attached hereto as Exhibit "A."

KYL_LB1145385

- 1 -

DECLARATION OF MELANIE L. RONEN IN SUPPORT OF REMOVAL OF ACTION [28 U.S.C. §§ 1441(A)]

3.  A true and correct copy of the Notice of Removal to the Clerk of the Superior Court of the State of California for the County of San Diego is attached hereto as Exhibit "B."

Executed this 27 day of May, 2008, at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

_____
MELANIE L. RONEN

KYL_LB1145385

- 2 -

DECLARATION OF MELANIE L. RONEN IN SUPPORT OF REMOVAL OF ACTION [28 U.S.C. §§ 1441(A)]