ELIZABETH H. LINDH, CASB No. 162660
elizabeth.lindh@kyl.com
MELANIE L. RONEN, CASB No. 222613
melanie.ronen@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California 90801-1730
Telephone: (562) 436-2000
Facsimile: (562) 436-7416

Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
WACHOVIA CORPORATION

FILED
08 MAY 27 PM 4:15
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

WILLIAM BUECHLER,

    Plaintiff,

vs.

WACHOVIA SECURITIES LLC and
WACHOVIA CORPORATION,

    Defendants.

Case No. '08 CV 0935 H(LSP)

**CERTIFICATION OF INTERESTED PARTIES AND NOTICE OF PARTIES WITH FINANCIAL INTEREST**

[Local Rule 40.2]

    Defendants WACHOVIA SECURITIES, LLC and WACHOVIA CORPORATION ("Defendants") certify that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal:

    1.    Plaintiff WILLIAM BUECHLER.

    2.    Defendant WACHOVIA CORPORATION.

///

KYL_LB1145353

- 1 -

CERTIFICATION OF INTERESTED PARTIES AND NOTICE OF PARTIES WITH FINANCIAL INTEREST

3. Defendant WACHOVIA SECURITIES, LLC is a non-bank affiliate of Wachovia Corporation.

DATED: May 27, 2008

ELIZABETH H. LINDH
MELANIE L. RONEN
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
WACHOVIA SECURITIES, LLC and
WACHOVIA CORPORATION

PROOF OF SERVICE

FINRA #07-01447
San Diego Sup. Ct 37-2008-00082729-CU-OE-CTL
220 West Broadway, San Diego, CA 92101

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

On May 27, 2008, I served the foregoing documents described as **CERTIFICATION OF INTERESTED PARTIES AND NOTICE OF PARTIES WITH FINANCIAL INTEREST [LOCAL RULE 40.2]** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bradd L. Milove
Miller & Milove
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Ph: (619) 696-5200 / 858-457-7577
Fx: (619) 696-5393

Attorneys for Claimant, William Buechler

☒ BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

☒ I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

Executed on May 27, 2008 at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
PENNY VINING