```
 1  ELIZABETH H. LINDH, CASB No. 162660
    elizabeth.lindh@kyl.com
 2  MELANIE L. RONEN, CASB No. 222613
    melanie.ronen@kyl.com
 3  KEESAL, YOUNG & LOGAN
    A Professional Corporation
 4  400 Oceangate, P.O. Box 1730
    Long Beach, California  90801-1730
 5  Telephone:   (562) 436-2000
    Facsimile:    (562) 436-7416
 6
    Attorneys for Defendants
 7  WACHOVIA SECURITIES, LLC and
    WACHOVIA CORPORATION
 8
 9
```

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BUECHLER,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>WACHOVIA SECURITIES LLC and<br>WACHOVIA CORPORATION,<br><br>　　　　　　Defendants. | Case No. 08-CV-0935 H (LSP)<br><br>**NOTICE OF APPEARANCE** |

///

///

///

///

///

---

KYL_LB1147812　　　　　　　　　　- 1 -　　　　Case No. 37-2008-00082729-CU-OE-CTL
NOTICE OF APPEARANCE

1     PLEASE TAKE NOTICE that ELIZABETH H. LINDH of Keesal, Young & Logan will act as lead counsel of record for Defendants Wachovia Securities LLC and Wachovia Corporation in the above-entitled action.

    ELIZABETH H. LINDH, CASB No. 162660
    elizabeth.lindh@kyl.com
    Keesal, Young & Logan
    A Professional Corporation
    400 Oceangate, P.O. Box 1730
    Long Beach, California 90801-1730
    Telephone: (562) 436-2000
    Facsimile: (562) 436-7416

DATED: May 30, 2008

    /s/ Elizabeth H. Lindh
    ELIZABETH H. LINDH
    KEESAL, YOUNG & LOGAN
    Attorneys for Defendants
    WACHOVIA SECURITIES, LLC and
    WACHOVIA CORPORATION
    *Elizabeth.lindh@kyl.com*

## PROOF OF SERVICE

### FINRA #07-01447
### USDC Southern 08-CV-0935 H(LSP)

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of LOS ANGELES, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California 90801-1730.

    On June 2, 2008, I served the foregoing documents described as **NOTICE OF APPEARANCE** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

Bradd L. Milove
Miller & Milove
7825 Fay Avenue, Suite 200
La Jolla, CA 92037
Ph: (619) 696-5200 / 858-457-7577
Fx: (619) 696-5393

Attorneys for Claimant, William Buechler

    ☒    BY U.S. MAIL: I enclosed the documents in a sealed envelope or package addressed to the above-named persons at the addresses exhibited therewith and (specify one):

    ☒    I placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Long Beach, California.

    Executed on June 2, 2008 at Long Beach, California.

    I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

    I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

_____
DEB KLESGES