**MINUTES OF THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

BUECHLER                          v. WACHOVIA                          No. 08-0935-H(LSP)

HON. LEO S. PAPAS        CT. DEPUTY J. JARABEK        Rptr.

Attorneys

Plaintiffs                                                              Defendants

The date and time of the Early Neutral Evaluation Conference on June 30, 2008 is vacated and reset for July 16, 2008 at 1:30 PM.

Counsel only shall participate by telephone conference call. The Court will initiate the telephone conference call.

DATED: June 18, 2008

Hon. Leo S. Papas
U.S. Magistrate Judge