UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM BUECHLER,<br><br>    Plaintiff,<br><br>v.<br><br>WACHOVIA SECURITIES, LLC, et al.,<br><br>    Defendants. | Civil No. 08-0935-H(LSP)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

  On July 16, 2008, the Court convened an Early Neutral Evaluation Conference (ENE) in the above-entitled action. Appearing were Bradd Milove on behalf of plaintiff and Elizabeth Lindh and Melanie Ronen on behalf of defendants.

  Settlement of the case could not be reached at the ENE and the Court therefore discussed compliance with Federal Rule of Civil Procedure, Rule 26. Based thereon, the court issues the following orders:

  1. Any objections made to initial disclosure pursuant to Federal Rule of Civil Procedure, Rule 26(a)(1)(A-D) are overruled, and the parties are ordered to proceed with the initial disclosure process. Any further objections to initial disclosure will be

1  resolved as required by Rule 26.
2       2.   The Rule 26(f) conference shall be completed before
3  <u>August 11, 2008</u>;
4       3.   The date of initial disclosure pursuant to Rule
5  26(a)(1)(A-D) shall occur before <u>August 21, 2008</u>;
6       4.   A discovery plan shall be <u>lodged</u> with Magistrate Judge
7  Papas on or before <u>August 21, 2008</u>; and,
8       5.   A Case Management Conference, pursuant to Federal Rule
9  of Civil Procedure 16(b) shall be held on <u>August 28, 2008</u>, at
10 <u>8:30 AM</u>, in the chambers of Magistrate Judge Leo S. Papas. Counsel
11 may participate by telephone conference call.  The Court will
12 initiate the conference call.
13      Failure of any counsel or party to comply with this Order
14 will result in the imposition of sanctions.
15      IT IS SO ORDERED.
16
17 DATED:  July 16, 2008
18
19                                    _____
20                                    Hon. Leo S. Papas
                                      U.S. Magistrate Judge
21
22
23
24
25
26
27
28